| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>KELLY KILKER |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00247-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE ADMIT/DENY HEARING** |
| vs. | ) | |
| | ) | |
| KELLY KILKER, | ) | Date: August 3, 2017 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Kelly Kilker that the admit/deny hearing scheduled for August 3, 2017 be vacated and continued to October 26, 2017 at 9:30 a.m.

Defense counsel is in the process of investigating facts relating to the underlying charges, which are the subject of a pending state court proceeding. Probation Officer Karen Lucero is aware of this request and has no objection.

///

///

///

///

Stipulation and Order to Continue Admit/Deny Hearing —1— *U.S. v. Kilker,* 2:16-cr-247-TLN

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS
Federal Defender |
| | Date: July 31, 2017 | */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
KELLY KILKER |
| | Date: July 31, 2017 | PHILLIP A. TALBERT
United States Attorney

*/s/ Owen Roth*
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff |

## **ORDER**

The Court orders Ms. Kilker's admit/deny hearing set for August 3, 2017 continued to October 26, 2017, at 9:30 a.m.

Dated: July 31, 2017

_____
Troy L. Nunley
United States District Judge