| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>KELLY KILKER |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00247-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE ADMIT/DENY HEARING** |
| vs. | ) | |
| | ) | |
| KELLY KILKER, | ) | Date: October 26, 2017 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Kelly Kilker that the admit/deny hearing scheduled for October 26, 2017 be vacated and continued to March 22, 2018 at 9:30 a.m.

The parties have been in ongoing discussions regarding resolution of this case. Ms. Kilker's alleged violation of supervised release relate to allegations that are the subject of an upcoming state court proceeding. The parties desire to allow the state court proceeding to resolve prior to resolving the instant petition. Ms. Kilker is out of custody and in compliance with her conditions of release. If the state case does not resolve, a jury trial date set in January 2018. Probation Officer Karen Lucero is aware of this request and has no objection.

///

Stipulation and Order to Continue Admit/Deny Hearing -1- *U.S. v. Kilker,* 2:16-cr-247-TLN

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 24, 2017 | | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>KELLY KILKER |
| Date: October 24, 2017 | | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Owen Roth*<br>OWEN ROTH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

The Court orders Ms. Kilker's admit/deny hearing set for October 26, 2017 continued to March 22, 2018, at 9:30 a.m.

Dated: October 24, 2017

_____
Troy L. Nunley
United States District Judge