| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN #282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | KELLY KILKER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00247-TLN |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER** |
| | ) | **TO CONTINUE ADMIT/DENY HEARING** |
| vs. | ) | |
| | ) | |
| KELLY KILKER, | ) | Date: July 12, 2018 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Kelly Kilker that the admit/deny hearing scheduled for March 22, 2018 be vacated and continued to July 12, 2018 at 9:30 a.m.

The parties have been in ongoing discussions regarding resolution of this case. Ms. Kilker's alleged violation of supervised release relate to allegations that are the subject of an upcoming state court proceeding. The parties desire to allow the state court proceeding to resolve prior to resolving the instant petition. Ms. Kilker is out of custody and in compliance with her conditions of release. If the state case does not resolve, a jury trial date set in September 2018. Probation Officer Karen Lucero is aware of this request and has no objection.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 20, 2018

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
KELLY KILKER

Date: March 20, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Owen Roth*
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court orders Ms. Kilker's admit/deny hearing set for March 22, 2018 continued to July 12, 2018, at 9:30 a.m.

Dated: March 21, 2018

Troy L. Nunley
United States District Judge