HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
KELLY KILKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00247-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | |
| KELLY KILKER, | Date: July 12, 2018 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Kelly Kilker that the admit/deny hearing scheduled for July 12, 2018 be vacated and continued to October 25, 2018 at 9:30 a.m.

The parties have been in ongoing discussions regarding resolution of this case. Ms. Kilker's alleged violation of supervised release relate to allegations that are the subject of an upcoming state court proceeding. The parties desire to allow the state court proceeding to resolve prior to resolving the instant petition. Ms. Kilker is out of custody and in compliance with her conditions of release. If the state case does not resolve, a jury trial has been set for September 2018, and the parties to this proceeding presently anticipate that the trial would go

Stipulation and Order to Continue Admit/Deny Hearing      -1-

forward that month. Probation Officer Karen Lucero is aware of this request and has no objection.

            Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender

Date: July 3, 2018      */s/ Jerome Price*
            JEROME PRICE
            Assistant Federal Defender
            Attorneys for Defendant
            KELLY KILKER

Date: July 3, 2018      McGREGOR W. SCOTT
            United States Attorney

            */s/ Owen Roth*
            OWEN ROTH
            Assistant U.S. Attorney
            Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court having received and reviewed the parties' stipulation, hereby adopts the stipulation in its entirety and orders the defendant's admit/deny hearing to be continued to October 25, 2018, at 9:30 a.m., in courtroom 2. The defendant shall appear at that time and place.

Dated: July 3, 2018

Troy L. Nunley
United States District Judge