| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | DAVID W. SPENCER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY KILKER,<br><br>Defendant. | CASE NO. 2:16-CR-247-TLN<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER<br><br>DATE: October 25, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record (the "Parties"), hereby stipulate as follows:

1. By previous order, this matter was set for admit/deny on October 25, 2018.

2. Ms. Kilker's alleged violations of supervised release relate to allegations that were the subject of a recent state court criminal trial in Hawaii. Ms. Kilker was acquitted of those charges on September 20, 2018. Probation Officer Karen Lucero and the United States are in the process of obtaining and reviewing evidence from the state court proceedings in order to determine how to proceed in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO CONTINUE ADMIT/DENY HEARING

1

3. By this stipulation, the Parties jointly request to continue the admit/deny hearing until December 13, 2018.

IT IS SO STIPULATED.

Dated:  October 23, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  October 23, 2018

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
KELLY KILKER

## ORDER

IT IS ORDERED that the admit/deny hearing currently scheduled for October 25, 2018 is continued to December 13, 2018.

Dated: October 23, 2018

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE